UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOBBIE JO MATKIN,<br><br>    Plaintiff,<br><br> v.<br><br>BRENT REINKE, et al.,<br><br>    Defendants. | Case No. 4:10-CV-00574-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED:  **April 28, 2011**

*[signature]*

~~Honor~~able Edward J. Lodge
U. S. District Judge

JUDGMENT - 1